AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Austin James Altevogt | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

Case No.

6:20-mj-1885

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___5/23 to 5/25/2020 and 12/9/2020___ in the county of _____Brevard_____ in the

_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) & (a)(5) | Distribution and possession of child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Rodney Hyre, FBI
Printed name and title

Sworn to before me via Zoom and signed by me
pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 12/09/2020

City and state: _____Orlando, FL_____

_____
Judge's signature

Embry J. Kidd, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA          Case No. 6:20-mj-1885

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rod Hyre, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the FBI and have been since January 2002. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for the past 18 years. I am currently assigned to the Tampa Division Orlando Resident Agency of the FBI. I have been investigating crimes against children since 2009. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of

computers, computer equipment, software, and electronically stored information.

2.      I make this affidavit in support of a criminal complaint for the arrest of AUSTIN ALTEVOGT.  As set forth in more detail below, I believe there is probable cause that between in or about May 23, 2020 and May 25, 2020, ALTEVOGT knowingly distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2). I also have probable cause to believe that on December 9, 2020, ALTEVOGT knowingly possessed materials, that is an iPhone 8 smartphone, that contained images of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3.      I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers.

4.      Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5.     It is a violation of 18 U.S.C. § 2252A(a)(2) to knowingly receive or distribute any child pornography using any means or facility of interstate or foreign commerce.

6.     It is a violation of 18 U.S.C. § 2252A(a)(5) to knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

7.     The following definitions apply to this affidavit:

a.     "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8), which defines child pornography as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor

3

engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256(2).

        b.     "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

        c.     Kik Messenger (commonly known as Kik) is a freeware instant messaging mobile application that can be used to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content. Kik users can communicate privately with other users or in groups.

        d.     Kik uses a smartphone's Internet connectivity to transmit and receive messages, photos, videos and other content. Kik is known for protecting its users' anonymity by not requiring users to provide a telephone number during the Kik user registration process. The Kik application does log each user's IP addresses, however, and those IP addresses can be used to determine the location in which Kik was used at particular points in time.

## DETAILS OF THE INVESTIGATION

8.      On November 10, 2020, the FBI, Tampa Division, Orlando
Resident Agency received a lead from the FBI Milwaukee Division.
Currently, the Milwaukee Division, in collaboration with the Winnebago
County Sheriff's Office, is investigating numerous groups of individuals
engaged in the receipt, possession, distribution and possible production of
child sexual abuse material using Kik in an investigation called Operation
Kick Boxer.  To date, Operation Kick Boxer has identified more than 1,100
unique KIK profiles that are either actively distributing child pornography or
committing hands-on sexual assaults of children.  Law enforcement officers
have identified many of the individuals using these Kik profiles who have been
located both domestically and internationally.

9.      In furtherance of this investigation, a Task Force Officer with
Winnebago County Sheriff's Office, acting in an undercover capacity (OCE),
has joined multiple Kik groups dedicated to the trading of child pornography.
On January 16, 2020, the OCE began a proactive undercover investigation
utilizing Kik messenger.  The OCE entered multiple public groups that
appeared to be created for individuals interested in child sexual abuse
material.  The OCE was originally added to one of these groups, and from
that group, the OCE was added to multiple other private groups within Kik

5

that had members openly engaging in the distribution of child sexual abuse material. One of these groups was named "Private Group 1 (Anything goes)."

10.     While the OCE was in the group "Private Group 1 (Anything goes)," user "justmysecretstuff" was identified as a member of the group. "Private Group 1 (Anything goes)" had been established as a child sexual abuse material sharing group on Kik Messenger. Within this group, user "justmysecretstuff" would have access to multiple images and videos of child sexual abuse material. Additionally, user "justmysecretstuff" sent multiple videos of child sexual abuse material to the group, including to the OCE, between on or about May 23, 2020 and May 25, 2020. Three of the videos that "justmysecretstuff" distributed to the group are described below.

Video 1. IMG_1058. Distributed May 25, 2020. The video is approximately 2 minutes in length. The video depicts a nude prepubescent female approximately 6 years of age. The child is on her back and her arms are held by an adult male. The male vaginally rapes the child throughout the video. The child is restrained her by the wrists and is heard screaming in pain throughout the video.

Video 2. IMG_0831. Distributed May 23, 2020. The video is approximately 1:52 minutes in length. The video depicts an adult female

wearing a strap on phallic device penetrating the anus of an approximately five year-old female.  The child is heard crying in the video.

Video 3.  IMG_0839.  Distributed May 23, 2020.  The video is approximately 1:15 minutes in length.  The video depicts an approximately three year-old child.  An adult male is shown holding the child in place, while she is bent over a table.  The male is seen vaginally raping the child and ejaculating on the child's buttocks.  The child has what appears to be a gag in the child's mouth and is heard screaming and crying in pain throughout the video.

11.  On May 29, 2020, an administrative subpoena was sent to Kik for subscriber information associated to the username "justmysecretstuff."  On June 26, 2020, Kik provided the following information:

> First Name: (M)Just
> Last Name: My Secret Stuff
> Email: justmysecretstuff@gmail.com
> Username: justmysecretstuff
> Registration Timestamp: 20 October 2018 08:17:23 UTC

12.  The subpoena returned showed that "justmysecretstuff" connected to the account on many occasions using IP address 97.104.81.92, which resolves to Charter.

13.  On November 19, 2020, your affiant sent an administrative subpoena to Kik for subscriber information associated to username

"justmysecretstuff" for the time period of May 22, 2020 through May 27, 2020, which coincides with the distribution dates of child pornography on Kik by username justmysecretstuff.  On November 23, 2020, Kik provided the following information:

> First Name: (M)Just
> Last Name: My Secret Stuff
> Email: justmysecretstuff@gmail.com
> Username: justmysecretstuff
> Registration Timestamp: 20 October 2018 08:17:23 UTC

14.     On June 30, 2020, an administrative subpoena was sent to Charter Communications for subscriber information associated to I.P. address 97.104.81.92 on May 27, 2020.  On July 13, Charter Communications provided that the subscriber was E.A. at an address in Melbourne Beach, Florida, with an associated email address and phone number.

15.     On November 19, 2020, your affiant served an administrative subpoena to Charter Communications for subscriber information associated to I.P. address 97.104.81.92 for the time period of May 22, 2020 through May 27, 2020, which coincides with the distribution dates of child pornography on Kik by username "justmysecretstuff."  On November 29, 2020, Charter Communications provided that the subscriber was E.A. at an address in Melbourne Beach, Florida, with an associated email address and phone number.

16.    On September 8, 2020, an administrative subpoena was sent to

Google for subscriber information associated to justmysecretstuff@gmail.com.

On September 21, 2020, Google provided the following information:

> Name: Just Secret.
> Email: justmysecretstuff@gmail.com
> Created: October 11, 2017
> Recovery SMS: 321-750-1780
> I.P. Logs: - Multiple connections occurred from I.P.
> 97.104.81.92, which was also observed in the Kik return.

17.    An open source query for recovery phone number 321-750-1780,

obtained from the Google return, revealed a Skype account under the name

AUSTIN ALTEVOGT, with a username of altevogt_austin.

18.    A query of FBI databases for 321-750-1780 revealed financial

information associated to AUSTIN ALTEVOGT.

19.    A query of the NCMEC database for "justmysecretstuff"

revealed Cybertip 74937132, which was submitted by Medialab/Kik on July

20, 2020.  The Cybertip reported Kik user "justmysecretstuff" for uploading

apparent child sexual abuse material.

20.    A query of the Driver and Vehicle Identification Database

revealed: AUSTIN JAMES ALTEVOGT, date of birth of XXX 1998, resides

at the same address in Melbourne Beach, Florida identified in paragraphs 14

and 15 above.  The query also revealed that E.A. was residing at the same

address.

21.    A query of Facebook for AUSTIN ALTEVOGT revealed that

he attends the University of Miami, lives in Melbourne Beach, Florida and

lists E.A. as his mother.

22.    On December 9, 2020, I, along with other federal law

enforcement officers, executed a federal search warrant at ALTEVOGT's

residence in Melbourne Beach, Florida, and interviewed ALTEVOGT.

23.    During the interview, ALTEVOGT admitted that he used the

username "justmysecretstuff" on Kik.  He said that for approximately three

years, he had traded multiple videos of child pornography with others in

different Kik chat rooms dedicated to child sexual exploitation material.  He

said that the child pornography he received came from these Kik chat rooms.

24.    ALTEVOGT said that he used his iPhone 8 smartphone

(manufactured in China) to distribute and receive the child pornography on

Kik.  ALTEVOGT confirmed that he was the individual who distributed the

videos identified in paragraph 10 above, and that he did this from his

residence in Melbourne Beach, Florida.

25.    ALTEVOGT admitted that he saved child pornography images

and videos on his smartphone in a folder labeled "hidden," and directed the

agents to the folder.  Law enforcement conducted a cursory inspection of the

phone and I saw an image depicting the sexual abuse of a prepubescent child.

In the image, the child was standing up, fully naked with her legs spread apart and her vagina visible, and tied at her wrists and ankles. ALTEVOGT acknowledged that this image was part of his collection of child sex abuse images stored on the phone. ALTEVOGT said that he has tried to stop viewing child pornography on multiple occasions, but was unable to quit.

Affiant further sayeth naught.

Rod Hyre, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested
to me as true and accurate via Zoom
consistent with Fed.R.Crim. P. 4.1 and 4(d)
before me this ___9ᵗʰ___ day of December, 2020 .

EMBRY J. KIDD
United States Magistrate Judge

11

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT

**OFFENSE CHARGED**

Distribution and possession of child pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of Offense                    U.S.C. Citation

Brevard County                      8 U.S.C. § 2252A(a)(2)
                                    & (a)(5)(b)

·············· PROCEEDING ·················
Name of Complainant Agency, or Person (& Title, if any)
SA Rodney Hyre, FBI

☐ person is awaiting trial in another Federal or State Court, give
name of court:

☐ this person/proceeding is transferred from another district per

FRCrP ☐ 20, ☐ 21 or ☐ 40.   Show District:

☐ this is a reprosecution of charges previously dismissed which were
dismissed on motion of:
                              DOCKET NO.

☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same
defendant

☐ prior proceedings or appearance(s) MAGISTRATE CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under ▸

Name and Office of Person
Furnishing information on This Form

Maria Chap a Lopez   ☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y   Karen L. Gable

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Plaintiff- U.S. vs. Austin James Altevogt

Address     USMS custody

Birth Date   xx/xx/1998   (Optional unless a juvenile)

☒ Male ☐ Female ☐ Alien

SSN: xxx-xx-9229     FBI No.
················· DEFENDANT ·················

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons }
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution: _____
Booking No. _____

Has detainer  ☐ Yes } If "Yes"
been filed?   ☐ No  } give date filed:

|  | Mo. | Day | Year |
|---|---|---|---|
| DATE OF ARREST | 12 | 09 | 20 |

Or... if arresting Agency & Warrant were not Federal

|  | Mo. | Day | Year |
|---|---|---|---|
| DATE TRANSFERRED TO U.S. CUSTODY ▸ |  |  |  |

☐ This report amends AO 257 previously submitted

| | ADDITIONAL INFORMATION OR COMMENTS |
|---|---|

METHOD OF SERVICE:         RECOMMENDED BOND:         Will there be a defendant or witness in custody? __X__ Yes _____ No
Notice (PC arrest)

DEFENSE COUNSEL:
                            ☐ (AP) Appointed
                            ☐ (FD) Federal Public Defender
                            ☐ (PS) Pro Se
                            ☐ (RE) Retained
                            ☐ (TB) To be Appointed

OCDETF Case         ☐ Yes   ☒ No         Start Date: _____

Gang Member:         ☐ Yes   ☒ No   If Yes, gang affiliation: _____

| Statutes: | Counts: | Penalty Provisions: | Maximum Penalty: |
|---|---|---|---|
| 18 U.S.C. § 2252A(a)(2) | | 18 U.S.C. § 2252A(b)(1) | MM 5 yrs' up to 20 yrs' BOP; MM 5 yrs' up to life S/R; NMT $250,000 fine; $100 SA & $5k SA |
| 18 U.S.C. § 2252A(a)(5)(b) | | 18 U.S.C. § 252A(b)(2) | NMT 10 yrs' BOP; NLT 5 years up to life S/R; NMT $250,000 fine; $5000 SA, $100 SA |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |